**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 26-1940

Caption [use short title]: DBW Partners v. BTG Pactual Asset Mg't

**Motion for:** Admission Pro Hac Vice

Set forth below precise, complete statement of relief sought:

Admission pro hac vice on behalf of plaintiff-appellant

**MOVING PARTY:** DBW Partners LLC

**OPPOSING PARTY:** BTG Pactual Asset Mg't

☒ Plaintiff ☐ Defendant

☒ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** John B Willliams

**OPPOSING ATTORNEY:** Jonathan Polkes

[name of attorney, with firm, address, phone number and e-mail]

John B Williams
1639 K Street, N.W., Suite 300, Washington, DC 20006
Telephone: (202) 277-6435; E-mail: jbwilliams@hartylawgroup.com

Harty Williams

Court- Judge/ Agency appealed from: U.S. District Court for the Southern District of NY; Judge Lorna G. Schofield

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☒ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No

Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date:

**Signature of Moving Attorney:** [signature]

**Date:** August 4, 2026

Service : ☒ Electronic ☐ Other [Attach proof of service]

**Form T-1080** (rev. 10-23)